No. 00–1649. COUNTY OF HUMBOLDT ET AL. *v.* HEADWATERS FOREST DEFENSE ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Saucier* v. *Katz*, 533 U. S. 194 (2001).

No. 00–1875. TIME WARNER ENTERTAINMENT CO. ET AL. *v.* SIX FLAGS OVER GEORGIA ET AL. Ct. App. Ga. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooper Industries, Inc.* v. *Leatherman Tool Group, Inc.*, 532 U. S. 424 (2001).

No. 00–9044. JACKSON *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the Acting Commissioner of Social Security filed June 20, 2001.

No. 00–9762. PETERSON *v.* GULF CORRECTIONAL INSTITUTE. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.